Rule 42 of Federal Rules of Civil Procedure provides for separate trials: "(b) Separate Trials. The court in furtherance of convenience or to avoid prejudice may order a separate trial of any claim, cross-claim, counterclaim, or third-party claim, or of any separate issue or of any number of claims, cross-claims, counterclaims, third-party claims, or issues."

We are of the opinion that there is no necessity appearing from the record in the instant case for a separate trial in this case. We, therefore, will deny the defendant's petition for severance.

**SCHOONMAKER, District Judge.**

The defendant in this case has asked for a severance in a cause of action declared on as one of trespass, wherein Pete Sporia, plaintiff, was the owner and operator of a Ford sedan which came into collision with an auto bus of defendant, causing injuries to the other plaintiff, Stephen Kosana, who was riding in the automobile of Pete Sporia. The defendant desires to bring on the record as an additional defendant, Pete Sporia, the owner and operator of the passenger car in which Stephen Kosana was riding as a passenger. As Pete Sporia is already a party to this action, we are of the opinion that he cannot be brought on the record as an additional defendant. See our opinion filed this day in Kerna v. Trucking, Inc., 3 F.R.D. 195.

Petition for severance will be denied.

### SPORIA et al. v. PENNSYLVANIA GREYHOUND LINES, Inc.

Civil Action No. 2692.

District Court, W. D. Pennsylvania.

Sept. 3, 1943.

### SIMMONS CO. v. CANTOR et al.

Civil Action No. 2504.

District Court, W. D. Pennsylvania.

, Aug. 23, 1943.

George I. Bloom, of Washington, Pa., for plaintiff.

Dickie, Robinson & McCamey, of Pittsburgh, Pa., for defendant.